1 | Troy D. Monge, Esq.
2 | Law Offices of Troy D. Monge, APC
3 | 2300 E. Katella Ave, Suite 325
  | ANAHEIM, CALIFORNIA 92806
4 | TELEPHONE (714) 385-8100
  | FACSIMILE (714) 385-8123
5 | troymonge@hotmail.com

6
7 | Attorney Bar #217035
  | Attorneys for Jorge A. Hicks
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JORGE A. HICKS,                ) No. 8:24-cv-00706-SCC
                               )
       Plaintiff,              ) [~~PROPOSED~~] ORDER AWARDING
                               ) **EQUAL ACCESS TO JUSTICE**
       v.                      ) **ACT ATTORNEY FEES AND**
                               ) **COSTS**
MARTIN O'MALLEY,               )
Commissioner of Social Security,)
                               )
       Defendant.              )
_____)

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND FOUR HUNDRED FIFTY-THREE DOLLARS and TWENTY-SEVEN CENTS ($4,453.27), and costs under 28

/ / /

/ / /

/ / /

1

| | |
|---|---|
| 1 | |
| 2 | U.S.C. § 1920, in the amount of ZERO DOLLARS AND NO CENTS ($0.00), |
| 3 | subject to the terms of the above-referenced Stipulation. |
| 4 | |
| 5 | Dated: October 1, 2024 |
| 6 | |
| 7 | THE HONORABLE STEPHANIE S. CHRISTENSEN |
| 8 | UNITED STATES MAGISTRATE JUDGE |